DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 001A15 | State v. Bo Anderson Taylor | 1. State's Motion for Temporary Stay | 1. Allowed **01/02/15** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's Notice of Appeal Based Upon a Dissent (COA14-490) | 3. — **Ervin, J., recused** |
| 009P15 | State v. Dexter Durane Henry | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-561) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 013P11-2 | State v. Tracy Lamont Clark | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Rockingham County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 024P10-2 | Joseph Michael Griffith v. Linda M. McGee, Chief Judge, North Carolina Court of Appeals | Petitioner's *Pro Se* Petition for Writ of Mandamus | Denied **Jackson, J., recused** |
| 024PA15 | State v. Juan Carlos Benitez | Def's Motion to Take Judicial Notice | Allowed |
| 024PA15 | State v. Juan Carlos Benitez | Def's Motion to Strike Paragraph in Defendant's New Brief for Inadvertent Inaccuracy | Allowed |
| 025P15 | TSG Finishing, LLC v. Keith Bollinger | 1. Def's Motion for Temporary Stay | 1. Allowed **01/20/2015** Dissolved **08/20/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 (COA14-623) | 3. Denied |